UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FLORES INVESTMENTS, INC.<br><br>*Plaintiff*<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622023<br><br>*Defendants* | CASE NO. 1:25-cv-113<br><br>State Court Action No.: 2025-CCL-00270<br>Court: County Court at Law No. 5, Cameron County, Texas |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Flores Investments, Inc. (the "Plaintiff") and Defendants United Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622023 ("Defendants") and submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties would respectfully show the Court as follows:

1. Plaintiff filed its Original Petition against Defendants on March 12, 2025 in the County Court at Law No. 5 of Cameron County, Texas (the "County Court Petition") in Cause No. 2025-CCL-00270. Defendants United Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622023 filed its Original Answer to Plaintiff's County Court Petition on May 5, 2025.

2. Subsequently, on June 5, 2023, Defendants removed this case to Federal Court on the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (commonly known as the New York Convention) by filing their Notice of Removal of Suit to Federal Court

Pursuant 28 U.S.C. § 1332.

3. Plaintiff now moves to dismiss this suit, and Defendants collectively agree to the dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. Additionally, a receiver has not been appointed in this case, and this lawsuit does not involve the interest of any minor child.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case, and Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

6. This dismissal is with prejudice.

Respectfully submitted,

By: */s/ Roy E. Lambert*
**Maxwell S. Bayman**
Texas State Bar No. 24088774
Federal Bar No. 3170016
mbayman@wshblaw.com
**Roy E. Lambert**
Texas State Bar No. 24128116
Federal Bar No. 3891665
rlambert@wshblaw.com

WOOD, SMITH, HENNING & BERMAN, LLP
1230 Peachtree Street NE, Suite 2350
Atlanta, Georgia 30309
Telephone: (470)-552-1146

*Attorney for Defendants United Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622023*

Respectfully submitted,

By: */s/ Cyndi Y. Cantu*
    **JASON PALKER**
    State Bar No. 24108248
    service@palkerlaw.com
    **CYNDI Y. CANTU**
    State Bar No. 24057793
    service@palkerlaw.com

**PALKER LAW FIRM**
4428 S. McColl Rd.
Edinburg, Texas 78539
Telephone: 956-320-0270

*Attorney for Plaintiff Flores Investments, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **5th** day of **August 2025**, a true and correct copy of the foregoing document was served on the following counsel and/or *pro se* parties of record electronically or by any other manner authorized by Fed. R. Civ. P. 5(b)(2):

Jason Palker
Cyndi Y. Cantu
PALKER LAW FIRM, PLLC
4428 S. McColl Rd.
Edinburg, Texas 78539
service@palkerlaw.com

            */s/Roy E. Lambert*
            **ROY E. LAMBERT**